UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
WENCHAN LI,                                                                  :
:
                       Petitioner,     :
                                                   :           22-CV-3133 (VSB)
                -against-           :
                                                   :                **ORDER**
ALEJANDRO MAYORKAS, et al.,                          :
:
                        Respondents.   :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       This case has been assigned to me for all purposes. The Petition in this case looks substantially similar to an earlier-filed petition pending before Judge Ann M. Donnelly in the United States District Court for the Eastern District of New York. In that action, a person named Wenchan Li, with the same date of birth and USCIS identification number as Petitioner, but with a different mailing address, filed a petition asserting the same claims against the same defendants, making the same allegations and seeking the same relief. (*Compare* Doc. 1 *with* Petition, *Li v. Mayorkas*, 21-CV-6642 (E.D.N.Y. Nov. 30, 2021), Doc. 1.) Accordingly, Petitioner is hereby

       ORDERED to file a letter with this Court on or before May 11, 2022 addressing whether she is the same Petitioner as in *Li v. Mayorkas*, 21-CV-6642 (E.D.N.Y.), and, if she is, explaining why she has brought the same action in two venues, and whether one or the other action should be dismissed without prejudice.

       The Clerk of Court is respectfully directed to mail a copy of this order to the pro se Petitioner.

SO ORDERED.

Dated: April 20, 2022
       New York, New York

_____
VERNON S. BRODERICK
United States District Judge